SARAH BOTHA
MICHELLE RUSK
ANDREW WONE
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
202-326-2036, sbotha@ftc.gov
202-326-3148, mrusk@ftc.gov
202-326-2934, awone@ftc.gov
202-326-3259 (facsimile)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     Plaintiff,<br><br>     v.<br><br>GERBER PRODUCTS CO., a corporation, d/b/a<br>NESTLÉ NUTRITION,<br>NESTLÉ INFANT NUTRITION, and<br>NESTLÉ NUTRITION NORTH AMERICA,<br><br>     Defendant. | Case No.:   2:14-cv-06771-SRC-CLW<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF** |

Plaintiff, the Federal Trade Commission ("FTC"), and Defendant, Gerber Products Company ("Defendant"), respectfully and jointly move the Court for entry of the attached Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief.  In support of this motion, the parties state as follows:

1.     On October 29, 2014, the FTC filed a Complaint for Permanent Injunction and Other Equitable Relief against Defendant.  (Docket No. 1.)

2.     The FTC and Defendant, having been represented by counsel and acting by and through

such counsel, have consented to the entry of a proposed Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief, attached as Exhibit 1 hereto, without a trial or adjudication of any issue of law or fact.

3. Entry of this Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief will resolve this matter in full. The Court will retain jurisdiction for the purpose of enforcement of the Order.

WHEREFORE, the parties respectfully move this Court to enter the attached Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief.

Dated: June 28, 2019                     Respectfully submitted,

/s/ Andrew Wone
Sarah Botha
Michelle Rusk
Andrew Wone
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C. 20580
202-326-2036, sbotha@ftc.gov
202-326-3148, mrusk@ftc.gov
202-326-2934, awone@ftc.gov
202-326-3259 (facsimile)

J. Andrew Ruymann
United States Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
609-989-0563, john.ruymann@usdoj.gov

*Attorneys for Plaintiff Federal Trade Commission*

/s/ Geoffrey W. Castello
Geoffrey W. Castello
KELLEY DRYE & WARREN LLP

One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
973-503-5922, gcastello@kelleydrye.com
973-503-5950 (facsimile)

David I. Zalman
Jaclyn M. Metzinger
Levi Downing
101 Park Avenue
New York, New York 10178
212-808-7985, dzalman@kelleydrye.com
212-808-7843, jmetzinger@kelleydrye.com
212-808-7812, ldowning@kelleydrye.com

*Attorneys for Defendant Gerber Products Company*

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 28, 2019, I served a true and correct copy of the Joint Motion for Entry of Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief on the below-listed counsel via the Court's ECF system.

Geoffrey W. Castello
Glenn Graham
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
(T): (973) 503-5900
(F): (973) 503-5950
gcastello@kelleydrye.com
ggraham@kelleydrye.com

David I. Zalman
Levi Downing
Jaclyn M. Metzinger
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(T): (212) 808-7800
(F): (212) 808-7898
dzalman@kelleydrye.com
ldowning@kelleydrye.com
jmetzinger@kelleydrye.com

Dated:   June 28, 2019                       s/   Andrew Wone
                                                      ANDREW WONE